

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Mr. Claud Wolf,
County Auditor, Howard County
Big Spring, Texas

Dear Sir:

Opinion No. 0-968
Re: The salary for the first year of the
county auditor's term of office is deter-
mined by the last approved tax roll of the
county; and for the second year of his term
of office by the last approved tax roll
immediately preceding the beginning of the
second year of his term.

Your letter of June 10, 1939, addressed to Attorney Gen-
eral Mann, in part reads as follows:

"Our tax valuation in Howard County for the year
1938 was $15,100,000.00. I was employed as auditor
for the county on that basis. Our valuation for the
year 1939 is the major part of a million dollars more
than for 1938, thus giving me $125.00 per year increase
in salary. I will thank you very much if you will ad-
vise me as to when this increase will be effective, and
whether it will be retroactive to January 1st, 1939."

Your question is answered by a letter written by this of-
fice to Hon. S. A. Morrison, County Auditor, Kermit, Texas, dated
October 5, 1931, a copy of which is herewith enclosed. This
opinion holds that the salary for the first year of a county
auditor's term of office is determined by the last approved tax
roll of the county; and for the second year of his term of office
by the last approved tax roll immediately preceding the beginning
of the second year of his term.

Hoping we have given you the information you desire, we are

Yours very truly

APPROVED JUN 24, 1939

ATTORNEY GENERAL OF TEXAS

ATTORNEY GENERAL OF TEXAS

Bruce W. Bryant
Assistant

BWB:pbp

APPROVED
OPINION
COMMITTEE
BY B.W.
CHAIRMAN